UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-20628-GRAHAM

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JORGE EGERAIGE,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's Motion to Exclude Incriminating Statements, (D.E. 303).

**THE MATTER** was referred to Magistrate Judge Edwin G. Torres United States Magistrate Judge on January 5, 2010. A Report and Recommendation filed on February 4, 2010 recommended that Defendant's Motion to Exclude Incriminating Statements be **Denied**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation of (D.E. 504) United States Magistrate Judge Edwin G. Torres, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of March, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Torres
        Martin Feigenbaum, Esq.
        Lois Foster-Steers, AUSA