UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-20628-CR-GRAHAM(s)

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JORGE EGERAIGE,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to United States Magistrate Judge Palermo on March 9, 2011. A Report and Recommendation was filed on April 19, 2011 recommending payment in the amount of $52,867.89 as to voucher number FLS093432. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Peter R. Palermo is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of April, 2011.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Palermo
       Martin A. Feigenbaum, Esq.
       Lucy Lara, CJA Administrator